UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
TRUSTEES FOR THE MASON TENDERS :
DISTRICT COUNSEL WELFARE FUND, : **ORDER DISMISSING CASE FOR**
PENSION FUND, ANNUITY FUND, AND : **FAILURE TO PROSECUTE**
TRAINING PROGRAM FUND, et al., :
: 19 Civ. 10914 (AKH)
                                 Petitioner, :
   -against- ::
:
PJP INSTALLERS, INC.,

                               Respondent.
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

        Petitioner brought an action to confirm an arbitration award on November 25, 2019. The Petitioner has failed to take further action. Accordingly, the action is dismissed for failure to prosecute.

        The Clerk is instructed to mark the case closed.

        SO ORDERED.

Dated:     March 21, 2023                                 /s/ Alvin Hellerstein
             New York, New York                    ALVIN K. HELLERSTEIN
                                                       United States District Judge